UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
____

DAVARIOL MARQUAVIS TAYLOR,

        Plaintiff,                Case No. 1:22-cv-300

v.                                     Honorable Phillip J. Green

UNKNOWN ADLER, et al.,

        Defendants.
_____/

## JUDGMENT

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITH PREJUDICE** on grounds of immunity pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).


Dated:  July 27, 2022                /s/ Phillip J. Green
                                               PHILLIP J. GREEN
                                               United States Magistrate Judge